*Messrs. Andrew M. Crawford, J. S. Medley* and *A. C. Woodcock,* for appellant.

*Messrs. Walton & Markley,* and *Coshow & Sheridan,* for respondents.

Pursuant to the written stipulation of the parties the appeal herein was dismissed without costs or disbursements to either party.    No opinion.                                DISMISSED.

Decided 3 February, 1902.

MONTGOMERY *v.* JONES.

From Multnomah:  JOHN B. CLELAND, Judge.

Suit by B. Montgomery against B. F. Jones to enforce a note and mortgage; resulting in a decree for plaintiff, from which this appeal is taken.                              DISMISSED.

*Messrs. Williams, Wood & Linthicum,* for appellant.

*Messrs. W. S. Ward* and *W. M. Gregory,* for respondent.

Pursuant to the stipulation of the parties the decree was affirmed without costs or disbursements to either party.

DISMISSED.

Decided 22 October, 1901.

EX PARTE SCOTT.

From Multnomah:  ARTHUR L. FRAZER, Judge.

This was a *habeas corpus* proceeding brought by Minna J. Burgoyne to determine the custody of a child, John M. Scott, son of petitioner and one W. K. Scott.   After the writ had been served the boy was taken beyond the limits of the state, and subsequent proceedings were had without his presence, resulting in a dismissal of the petition.           DISMISSED.

*Mr. Cicero M. Idleman,* for appellant.

*Messrs. Carey & Mays,* for respondent.

On motion of appellant the appeal was dismissed.   There was no written opinion.                            DISMISSED.